

# Fourth Court of Appeals

## San Antonio, Texas

### JUDGMENT

No. 04-15-00405-CV

David **GILLESPIE** and Michael O'Brien,
Appellants

v.

A.L. **HERNDEN** and Frederick R. Zlotucha,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10278
Honorable Cathleen M. Stryker, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. We ORDER that appellees A.L. Hernden and Frederick R. Zlotucha may recover their costs of court for this appeal from appellants David Gillespie and Michael O'Brien.

SIGNED December 14, 2016.

_____
Patricia O. Alvarez, Justice

---

[1] The Honorable Larry Noll is the presiding judge of the 408th Judicial District Court. The Honorable Cathleen M. Stryker, presiding judge of the 224th Judicial District Court, signed the final judgment.